**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Patricia Johnson,**

**Plaintiff,**

**v.**

**City of Glencoe, Minnesota; City of Glencoe, Minnesota Police Department; Chief of Police Wes Olson, in his official and individual capacities; and City Administrator Mark Larson, in his official and individual capacities;**

**Defendants.**

**Civil No. 00-2611 (JRT/SRN)**

**MINUTE ORDER**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came on for hearing before the undersigned Magistrate Judge of District Court on June 25, 2001, on Defendants' informal motion to compel the production of a group of financial documents identified in Plaintiff's Rule 26(a)(1) Disclosures. Defendants appeared by Julie Fleming-Wolfe, Esq., and Plaintiff appeared by Jill Clark, Esq. During the course of the hearing, Defendants expressed concern that they needed to review these documents for impending depositions. Plaintiff expressed concern that her production of the financial documents might hamper or interfere with an investigation of the State Auditor.

JUN 28 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

The Court, having considered the arguments of both parties, and the authority of the Court to order discovery,

**NOW, THEREFORE, It is –**

**ORDERED:**

That Plaintiff immediately produce the financial documents identified in her Rule 26(2)(1) Disclosures.

Dated: June 28, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge