UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia Johnson,

Plaintiff,

City of Glencoe, Minnesota; City of Glencoe, Minnesota Police Department; Chief of Police Wes Olson, in his official and individual capacities; and City Administrator Mark Larson, in his official and individual capacities,

Defendants.

Case No. 02-2611 (JRT/SRN)

**STIPULATION FOR PROTECTIVE ORDER**
AND ORDER

---

**WHEREAS**, the parties to the above-captioned action desire to expedite and facilitate the discovery process in this action; and

**WHEREAS**, the parties are sensitive to the confidential nature of the information contained in the plaintiff's psychological and medical reports as well as other information regarding the physical and mental condition of the plaintiff;

**NOW, THEREFORE**, it is stipulated and agreed among the parties, by their counsel, as follows:

1. The Court may issue the Protective Order set forth at the end of this document upon the ex-parte application of any party to this Stipulation.

2. All medical/psychological information concerning the medical and/or psychological condition of the plaintiff, or personal information relating to Plaintiff (residential address and previous addresses, social security numbers, home telephone number) whether produced by the Plaintiff or obtained by the defendants pursuant to the Plaintiff's



FILED JUL 05 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

authorization shall be deemed confidential and not disclosed in any form to any person without further Order of the Court, except that said information may be disclosed to the following:

(a) the parties to this action, which for purposes of the "City" means only those individual with a legitimate need to know, and not for general publication or dissemination to all officials/employees of the City, and not to the public;
(b) counsel and such of their staff and employees who are directly involved in the preparation or trial of this case;
(c) experts and/or consultants retained by the parties, if they sign a confirmation that they will adhere to the provisions of the Order;
(d) court reporters employed for depositions where confidential documents are referred to by a deponent-witness; and
(e) the Court (if filed under seal), its personnel, and any jurors empaneled.

The parties may not view these confidential documents.

3. All confidential information, and any and all copies thereof disclosed to any person described above, shall be returned to the plaintiff within a reasonable time after the final disposition of this action.

4. Prior to any disclosure of such information to any person described in either 2(b) above, said person shall agree in writing to be bound by the terms of this Order, and a copy of said written agreement shall be provided to the plaintiff's attorney within ten (10) days of such agreement.

5. The foregoing provisions are without prejudice to the right of any party to apply to the court for any further protective order relating to confidential documents or information, for an order compelling production of documents, or for modification of this Stipulation and Protective Order, or for an order permitting the disclosure of any confidential documents or information beyond the terms of this Order.

It is so stipulated:

Plaintiff:

Dated: 6/22, 2001

Jill Clark, Esq., Jill Clark, P.A.
2005 Aquila Avenue North
Golden Valley, MN 55427
PH: 763/417-9102
**ATTORNEYS FOR DEFENDANTS**

Defendants:

Dated: 6/25, 2001

Julie Fleming Wolfe, Esq.
Attorney at Law
1010 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
PH: 651/767-8642
**ATTORNEYS FOR DEFENDANT**

**IT IS SO ORDERED:**

BY THE COURT:

Dated: July 5, 2001

Susan Richard Nelson
Magistrate Judge of District Court

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.