UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Patricia Johnson and Karla Kullman,

Plaintiff,

v.

City of Glencoe, et al.,

Defendants.

Case No. 00-2611 (JRT/SRN)

**STIPULATION FOR AMENDED PRETRIAL SCHEDULING ORDER**

**AND ORDER**

**WHEREAS**, the plaintiff has served an Amended Complaint, adding parties and claims in this action; and

**WHEREAS**, the addition of new parties has delayed discovery; and

**WHEREAS**, the parties have mutually agreed to the extension of certain discovery deadlines, the discovery deadline, the non-dispositive motion deadline, and the submission of expert reports, which will not affect the dispositive motion deadline or trial date;

**NOW THEREFORE**, the parties, through their undersigned counsel, stipulate to the following amended pretrial scheduling order:

**Discovery Plan**

1. Discovery shall be commenced in time to be completed by **October 1, 2001.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before April 2, 2001. **Amendments to the Rule 26(a)(1) Disclosures relating to the new parties shall be completed on or before August 1, 2001.**

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B),

AUG - 8 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

a. By Plaintiff(s) on or before **August 15**, 2001.

b. By Defendant(s) on or before **September 4**, 2001.

4. No more than 30 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall taken no more than 1 expert deposition.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by May 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by **October 15, 2001**.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by December 1, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clark Lou Jean Gleason, 612-664-5083.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial (**JURY**) on February 4, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5 days.

**So stipulated:**

Dated: 7/27/01

**ATTORNEYS FOR PLAINTIFFS**

Jill Clark (#196988), Jill Clark, P.A.
2005 Aquila Avenue North
Golden Valley, MN 55427
Phone: 763 417-9102

**So stipulated:**

Dated: 7/31/01

**ATTORNEYS FOR DEFENDANTS**

Julie Fleming-Wolfe (175377)
Attorney at Law
1010 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
PH: 651/767-8642

***

**IT IS SO ORDERED:**

Susan Richard Nelson

SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE

August 8, 2001

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500