UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia Johnson and Karla Kullman,

Plaintiffs,

v.

City of Glencoe, Minnesota; City of Glencoe, Minnesota Police Department; Chief of Police Wes Olson, in his official and individual capacities; and City Administrator Mark Larson, in his official and individual capacities; and George Scheidt, in his official and individual capacities,

Defendants.

Case No. 00-2611 (JRT/SRN)

**STIPULATION AND PROTECTIVE ORDER**

---

**WHEREAS:**

1. Karla Kullman is an employee of Defendant City of Glencoe, and a witness and plaintiff in this litigation.

2. Plaintiff Patricia Johnson is a former employee of defendant City of Glencoe.

3. The defendants have an interest in maintaining the security and integrity of City Hall and City offices and documents and things located within City Hall and City offices.

**THEREFORE,** it is hereby stipulated by and between the parties to the above-captioned litigation, by and through their respective undersigned counsel that:

Throughout the duration of this litigation Kullman will not provide nor obtain for Ms. Johnson, her attorney, or any agents of either, access to the City Hall or City offices or to documents or things located in City Hall or City offices without notice to, and approval by, the

FILED AUG 09 2001
RICHARD D. S...
JUDGMENT ENT'D...
DEPUTY CLERK...

City Administrator or the defendants' attorney; or after notice and request as provided for under the Federal Rules of Civil Procedure.

Dated: August 2, 2001

**JILL CLARK, P.A.**
**Attorney at Law**

By: ______________________
Jill Clark
Attorney Registration No. 196988
2005 Aquila Avenue North
Golden Valley, Minnesota 55427
Telephone: 763-417-9102

*Attorney for Plaintiff*

Dated: July 30, 2001

**JULIE FLEMING-WOLFE**
**Attorney at Law**

By: ______________________
Julie Fleming-Wolfe
Attorney Registration No. 175377
1010 Degree of Honor Building
325 Cedar Street
St. Paul, Minnesota 55101
Telephone: 651-767-8642

*Attorney for Defendants*

**IT IS SO ORDERED:**

Dated: Aug. 9th, 2001

BY THE COURT:

______________________
The Honorable Susan Richard Nelson
United States Magistrate Judge

AUG - 9 2001

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500