UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Patricia Johnson and Karla Kullman

Plaintiffs,

v.

City of Glencoe, Minnesota; City of Glencoe, Minnesota Police Department; Chief of Police Wes Olson, in his official and individual capacities; City Administrator Mark Larson, in his official and individual capacities; and George Scheidt, in his official and individual capacities,

Defendants.

Case No. 00-2611 (JRT/SRN)

**PROTECTIVE ORDER**

---

This matter came on for hearing before the undersigned on September 26, 2001, at 1:30 p.m., pursuant to defendants' motion for a protective order and to impose sanctions. This motion was brought pursuant to Fed. R. Civ. P. 26(c). Jill Clark appeared on behalf of plaintiffs; and Julie Fleming-Wolfe appeared on behalf of defendants. Based upon all the files, records, affidavits and proceedings herein, the Court being fully advised in the premises:

**IT IS HEREBY ORDERED that:**

1. Defendants' Motion for a Protective Order is GRANTED, as follows:

   a. If plaintiffs' counsel intends to contact the Mayor for the City of Glencoe, or any other Glencoe City Council Member, plaintiffs' counsel must first provide defendants' counsel with notice of whom she intends to contact and for what purposes; and

FILED OCT 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

b. Plaintiffs' counsel is prohibited from contacting these individuals in order to discuss subjects other than policy matters unrelated to the litigation, or settlement of the present claims without prior notice and consent of defendants' counsel.

Dated: October 5, 2001

SUSAN RICHARD NELSON
U.S. District Court Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.