**UNITED STATED DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Patricia Johnson and Karla Kullman,

Plaintiffs,

v.

City of Glencoe, Minnesota; City of Glencoe, Minnesota Police Department; Chief of Police Wes Olson, in his official and individual capacities; City Administrator Mark Larson, in his official and individual capacities; and George Scheidt, in his official and individual capacities,

Defendants.

Case No. 00-2611 JRT/SRN

**STIPULATED ORDER FOR EXPANDED PROTECTIVE ORDER**

The parties, through their undersigned counsel, agree that the Protective Order, filed July 5, 2001, shall apply not only to Plaintiff Johnson, but also to Plaintiff Kullman.

By Plaintiffs:

Dated: 9/16, 2001

Jill Clark, Esq., Jill Clark, P.A.
2005 Aquila Avenue North
Golden Valley, MN 55427
PH: 763/417-9102
**ATTORNEYS FOR PLAINTIFFS**

OCT 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Stipulated by defendants:

Dated:__________________, 2001

Julie Fleming Wolf, Esq.
Attorney at Law
1010 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
PH: 651/767-8642
**ATTORNEYS FOR DEFENDANTS**

**IT IS SO ORDERED:**

BY THE COURT:

Dated: October 12, 2001

Judge of District Court