UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civ. No. 00-2611 (JRT/SRN)

Patricia Johnson and Karla Kullman,

Plaintiffs,

v.

City of Glencoe, Minnesota; City of Glencoe, Minnesota Police Department; Chief of Police Wes Olson, in his official and individual capacities; City Administrator Mark Larson, in his official and individual capacities; and George Scheidt, in his official and individual capacities,

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE, ORDER FOR JUDGMENT AND JUDGMENT**

The undersigned attorneys hereby advise the Court that all claims, by all parties in the above-entitled cause of action, have been fully compromised and settled and that the amount of the Settlement is $225,000.

WHEREFORE, it is hereby stipulated by and between all parties hereto, through their respective undersigned attorneys, that: 1) the Defendants hereby withdraw their motion for Protective Order and Sanctions dated September 12, 2001, and request that the Court vacate its Orders on October 2, 2001 and October 5, 2001; and 2) contingent upon the Court vacating the foregoing orders, this entire lawsuit may be, and hereby is, dismissed on its merits, with prejudice, but without costs and disbursements to any of the parties, and that the Court hereby approves the settlement as required by Minn. Stat. §466.08.

IT IS FURTHER STIPULATED, that without further notice, an order approving the settlement pursuant to Minn. Stat.§466.08 and ordering judgment of dismissal with prejudice and upon the merits, but without costs and disbursements to any of the parties may be entered by the Court.

FILED JAN 0 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 12/31/01

George C. Hoff (#45846)
Hoff, Barry & Kuderer, P.A.
7901 Flying Cloud Drive
Suite 260
Eden Prairie, Minnesota 55344-7914
(952) 941-9220

Attorney for Defendant Mark Larson

Dated:____________________

Jeff M. Zalasky, Esq. (#119660)
Erstad & Reimer, P.A.
8009 - 34th Avenue South
Suite 200
Minneapolis, Minnesota 55425
(952) 896-3700

Attorney for Defendant Wes Olson

Dated: 1-2-02

John M. LeFevre, Jr. (#61852)
Kennedy & Graven, Chtd.
470 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1402
(612) 337-9300

Attorney for Defendants City of Glencoe, Glencoe Police Department and George Scheidt

Date: 12/28/01

Jill Clark (#196988)
JILL CLARK, P.A.
2005 Aquila Avenue North
Minneapolis MN 55427
(763) 417-9102

Attorney for Plaintiffs

Dated: 12/31/01

George C. Hoff (#45846)
Hoff, Barry & Kuderer, P.A.
7901 Flying Cloud Drive
Suite 260
Eden Prairie, Minnesota 55344-7914
(952) 941-9220

Attorney for Defendant Mark Larson

Dated: 1/2/02

\# 171373

Jeff M. Zalasky, Esq. (#119660)
Erstad & Reimer, P A.
8009 - 34th Avenue South
Suite 200
Minneapolis, Minnesota 55425
(952) 896-3700

Attorney for Defendant Wes Olson

Dated: 1-2-02

John M. LeFevre, Jr. (#61852)
Kennedy & Graven, Chtd.
470 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1402
(612) 337-9300

Attorney for Defendants City of Glencoe, Glencoe Police Department and George Scheidt

Date: 12/28/01

Jill Clark (#196988)
JILL CLARK, P.A.
2005 Aquila Avenue North
Minneapolis MN 55427
(763) 417-9102

Attorney for Plaintiffs

**ORDER FOR JUDGMENT**

Pursuant to the foregoing Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that the settlement of the above matter is hereby approved pursuant to Minn. Stat. §466.08 and that the above-entitled action be dismissed on the merits with prejudice and without costs and disbursements to any of the parties, and that the Orders dated October 2, 2001 and October 5, 2001 are hereby vacated.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: Jan 3, 2002

By: [signature]
Honorable John R. Tunheim

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order.

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs and disbursements to any party.

Date: JAN 03 2002

By: ______________________
Court Administrator